```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF IOWA
 2

 3   UNITED STATES OF AMERICA,   )
                                 )
 4              Plaintiff,        )
                                 )
 5        VS.                     )    18-CR-1006
                                 )
 6   KEVIN HEIM,                  )
                                 )
 7              Defendant.        )

 8

 9                         APPEARANCES:

10   ATTORNEY DREW OLIVER INMAN, U.S. Attorney's Office,
     111 Seventh Avenue S.E., Box 1, Cedar Rapids, Iowa 52401,
11   appeared on behalf of the United States.

12   ATTORNEY JOHN BISHOP, 222 Third Avenue S.E., Suite 299,
     Armstrong Center, Cedar Rapids, Iowa 52401, appeared on
13   behalf of the Defendant.

14

15                       SENTENCING HEARING,

16            HELD BEFORE THE HON. LINDA R. READE,

17   on the 10th day of September, 2018, at 111 Seventh Avenue

18   S.E., Cedar Rapids, Iowa, commencing at 1:54 p.m., and

19   reported by Patrice A. Murray, Certified Shorthand

20   Reporter, using machine shorthand.

21   Transcript Ordered:  10/10/18
     Transcript Completed:  10/22/18
22

23              Patrice A. Murray, CSR, RPR, RMR, FCRR
                   United States District Court
24                 111 Seventh Avenue S.E., Box 4
                   Cedar Rapids, Iowa 52401-2101
25                        (319) 286-2338
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:18-cr-01006-LRR-MAR Document 119 Filed 10/22/18 Page 1 of 27

     1          (The following proceedings were held in open court.)

     2               THE CLERK:  In Criminal Matter 18-CR-1006,

     3    United States of America versus Kevin John Heim, on for a

     4    sentencing hearing.  The United States Probation Office

     5    is represented by Daren Schumaker.

     6          Counsel, please state your appearances.

     7               MR. INMAN:  Good afternoon, Your Honor.  Drew

     8    Inman on behalf of the United States.

     9               MR. BISHOP:  John Bishop on behalf of defendant

    10    Kevin Heim.

    11               THE COURT:  Mr. Heim, do you recall being in

    12    court on -- let me get the date -- May 7, 2018, and

    13    pleading guilty to Count 1 of the indictment, charging

    14    you with conspiracy to distribute 500 grams or more of a

    15    mixture or substance containing methamphetamine?

    16               THE DEFENDANT:  Yes.

    17               THE COURT:  The penalty for this offense is a

    18    prison term.  Under the statute, it has to be at least

    19    10 years and could be for the rest of your life.

    20    Supervised release after any term of imprisonment must be

    21    at least 5 years and could be for the rest of your life.

    22    You are not eligible for a probationary sentence.  Your

    23    fine could be as much as $10 million.  And you'd have to

    24    pay a $100 special assessment.

    25          Do you remember your attorney talking to you about

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR   Document 119   Filed 10/22/18   Page 2 of 27

```
 1    these statutory penalties?

 2              THE DEFENDANT:  Yes.

 3              THE COURT:  Do you understand that you are in

 4    court today for the purpose of being sentenced on your

 5    plea of guilty?

 6              THE DEFENDANT:  Yes.

 7              THE COURT:  Is your plea still guilty?

 8              THE DEFENDANT:  Yes.

 9              THE COURT:  The Court has received and read the

10    presentence investigation report, Document 79, filed

11    August 6th of 2016.  I've received sentencing memos filed

12    by the attorneys on behalf of their respective clients.

13    Included in Mr. Bishop's sentencing memo is a motion for

14    a downward variance, and it has to do with scoring the

15    purity level in the drug table in the guidelines.  Other

16    than what's in the official records of the court, I have

17    no independent information concerning this case or

18    Mr. Heim.

19        Mr. Inman, have you had the opportunity to review

20    the presentence investigation report?

21              MR. INMAN:  I have, Your Honor.

22              THE COURT:  After so doing, any remaining

23    objections to the scoring of the advisory guideline

24    sentence?

25              MR. INMAN:  It's scored appropriately, Your
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR Document 119 Filed 10/22/18 Page 3 of 27

1    Honor.

2             THE COURT:  Mr. Bishop, have you and Mr. Heim

3    been through the presentence investigation report?

4             MR. BISHOP:  We have, Your Honor.

5             THE COURT:  And will you make a record, please,

6    as to how you went about doing that?

7             MR. BISHOP:  Yes, Your Honor.  I provided a

8    copy of the report to Mr. Heim.  He at the time was being

9    held at the Fayette County Jail, so I traveled there to

10   go over it with him in person.  We had a few concerns, a

11   few objections that we made.  We actually did also speak

12   several times over the phone to further discuss what we

13   wanted to do with respect to the presentence

14   investigation report, so that was beyond meeting with him

15   in person.  So we did go over things rather thoroughly

16   and came up with the objections that we did make in this

17   case.  The objections that we did make had no impact on

18   the sentencing guideline calculation in the report, I

19   would note for the Court.

20            THE COURT:  All right.  So as far as you're

21   concerned, the advisory guidelines are correctly scored

22   under the guidelines?

23            MR. BISHOP:  Yes, Your Honor.

24            THE COURT:  All right.  And Objection 1,

25   Objection 2, and Objection 3, and Objection 4 in the

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR   Document 119   Filed 10/22/18   Page 4 of 27

```
 1   offense conduct you don't need the Court to decide
 2   because it doesn't affect the sentence, correct?
 3           MR. BISHOP:  No, I don't believe so, Your
 4   Honor.
 5           THE COURT:  All right.  Then the Court accepts
 6   the computation of the advisory guidelines.  I'm on Page
 7   9, Paragraph 27.  The base offense level is 36.  Mr. Heim
 8   is being held accountable for 1.74 grams of ice
 9   methamphetamine, and that is within a range of at least
10   1.5 kilograms but less than 4.5 kilograms of ice, so it's
11   at the low end of that range.  3 levels are added because
12   defendant admits he was a manager or supervisor and the
13   criminal activity involved 5 or more participants or was
14   otherwise extensive.  That gives us an adjusted offense
15   level of 39.  2 levels are subtracted for acceptance of
16   responsibility.
17       Mr. Inman, what is the government's position with
18   regard to the 1 additional level?
19           MR. INMAN:  We move for that additional level,
20   Your Honor.
21           THE COURT:  And that is granted.  So we are
22   left with total offense level 36.  He's criminal history
23   category IV.  Guideline range of imprisonment, 262 months
24   to 327 months, followed by 5 years of supervised release.
25   Probation is not available because of the mandatory
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR   Document 119   Filed 10/22/18   Page 5 of 27

1  minimum.  The fine, 40,000 to $10 million.  $100 in

2  special assessments.

3      Just out of an abundance of caution, Mr. Bishop,

4  there were special conditions of supervision at Page 22

5  of the presentence investigation report in Paragraphs 97

6  through 100.  There were no objections filed, so may I

7  assume that Mr. Heim does not object to those special

8  conditions?

9          MR. BISHOP:  Yes, you may, Judge.

10          THE COURT:  Thank you.  Then I'm ready to hear

11  from the parties.  There is a motion for a variance, and

12  so I think that's the place to start.  Mr. Bishop.

13          MR. BISHOP:  Thank you, Your Honor.  I think

14  the motion sort of speaks for itself, and I made it

15  fairly brief, but essentially the argument, as has been

16  adopted I think by Judge Strand, is that there really is

17  very limited basis for differentiating between ice

18  methamphetamine and methamphetamine mix, and so the Court

19  should sort of, as has been already done to a certain

20  extent in crack cocaine and powder cocaine cases,

21  eliminate that difference and essentially what we are

22  requesting is the Court to grant a variance that will

23  essentially sentence Mr. Heim based on the meth mix

24  calculation rather than the ice methamphetamine.  And I

25  think I did make that calculation in my motion briefly.

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 6 of 27

1  That, we believe, would result in a total offense level

2  of 32 and a new guideline range of 168 to 210 months, and

3  that's what we are asking the Court to consider

4  sentencing Mr. Heim within this afternoon.

5          THE COURT:  Response.

6          MR. INMAN:  Thank you, Your Honor.  Initially,

7  I had an inclination to put on testimony, Your Honor, for

8  a rational justification for the actual and ice

9  methamphetamine guidelines, basically, a response to the

10  arguments put forward in *Nawanna* and *Harry* by other

11  judges in this district, but with further input from my

12  office, I'm not going to do that.  I will simply stand

13  upon the United States sentencing memo.

14      Your Honor, just because other judges in the

15  district have made those policy decisions, that does not

16  bind this Court, obviously, and I don't need to tell Your

17  Honor that.  And even if you were inclined to go along

18  with that policy determination, as to this defendant,

19  Mr. Heim specifically, I believe a guidelines range would

20  be appropriate based on the 3553(a) factors alone.  And I

21  would be prepared to go more into that when we argue

22  about the guideline range itself.

23          THE COURT:  All right.  Let's go ahead then

24  and -- well, I'll just say with regard to the motion to

25  vary downward based on a policy disagreement, the Court

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 7 of 27

1  is aware that it has the power to vary downward from the

2  advisory guideline range if the Court is convinced that

3  it must do so in order to arrive at a sentence that is

4  sufficient but not greater than necessary to achieve the

5  goals of sentencing.  While case law provides that a

6  judge may vary based on his or her own personal opinion

7  and disagreement with the advisory guidelines, I've never

8  sentenced in that fashion.  My personal opinions carry no

9  weight when I'm sentencing, except my judgment in

10  applying the 3553(a) factors.  I'm in every sentencing

11  looking for the sentence that is sufficient but not

12  greater than necessary to achieve the goals of

13  sentencing, and I follow the guidelines unless there is a

14  reason not to that is persuasive and that convinces me,

15  again, that I have to go below the advisory guidelines to

16  get to the sentence that's sufficient but not greater.

17      Most of the sentencing law is not based on empirical

18  data.  Statutory ranges are not.  The guideline

19  provisions are not.  And yet they're the law passed by

20  Congress or, in the case of guidelines, approved by

21  Congress during the yearly amendment process where, if

22  Congress doesn't act, the changes become law.  And so my

23  personal opinion matters not, and I don't find a basis

24  for a variance with the ice methamphetamine mixture or

25  substance methamphetamine, because if you think about it

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 8 of 27

```
 1   rationally, first of all, there are very few labs in the
 2   United States that can produce high purity
 3   methamphetamine in the 90-plus range, and I think ice is
 4   considered 80 percent pure or better, so most of the time
 5   you are talking about potential for international drug
 6   trade.  The other thing is that the higher the purity,
 7   the closer you are to the source, so people like Mr. Heim
 8   are not merely distributing drugs to support their own
 9   habit exclusively or they're not low-end dealers.  He's
10   close to the top because of the purity; it hasn't been
11   cut for resale.  So long story short, I'm not going to
12   vary.  There's no basis for it in my opinion when I apply
13   the law.
14        Okay.  So let's talk about -- let me just add
15   one case law to this because I don't want it to be said
16   that I didn't consider the sixth factor, disparity of
17   18 USC 3553(a).  In the case of Bolinger, 893 F.3d 1123,
18   Eighth Circuit, 2018, the defendant argued that "The
19   district court failed to give adequate weight to the
20   sentence imposed by other judges in other districts for
21   similar offenses.  The Eighth Circuit concluded that
22   although a district court should consider the need to
23   avoid sentencing disparities among similarly situated
24   defendants, the sentencing practices of one district
25   court are not a reference point for other courts."  And
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR Document 119 Filed 10/22/18 Page 9 of 27

they were quoting from the case *United States versus Soliz*, S-O-L-I-Z, 857 F.3d 781, at 783, Eighth Circuit, 2017. So let the record show I did consider the argument made by Mr. Bishop and the variance -- it was couched in a variance argument, and I decided to follow the law as I understand it.

All right. So, Mr. Inman, in terms of disposition, what's your thought on the appropriate sentence?

MR. INMAN: Thank you, Your Honor. Before I begin, I should note the United States will have a motion to make under seal following the determination of the appropriate guideline.

THE COURT: Well, I've already determined the guideline, so if this is a 5K motion, it actually should have been brought before I even talked about variance, so is it a departure under 5K?

MR. INMAN: Yes, Your Honor. I apologize for that.

THE COURT: Okay. Because we do the guidelines, including departures, and then after we do that, we move to variances, if appropriate.

(A discussion was held and sealed by the Court.)

(The following was held in open court.)

THE COURT: We're now back in open court, and the record is no longer under seal for the balance of

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:18-cr-01006-LRR-MAR Document 119 Filed 10/22/18 Page 10 of 27

1    this hearing.  And, Mr. Inman, I'm now ready to hear from

2    you on any additional record you want to make on

3    disposition.

4             MR. INMAN:  Thank you, Your Honor.  I'll try to

5    be as brief as I can.  The PSR is complete.  I just want

6    to point out some facts from it.  The bottom line is the

7    defendant made three trips to Dallas, Texas, in a very

8    short span of time.  They were one after the other.  The

9    first trip the defendant makes, it's 20 ounces of ice

10   from this Jose Roberto Vazquez, the source of supply.  He

11   returns; he sells that in a frenzy with his codefendant

12   Ms. Weidenbacher.  Afterwards, immediately sends back two

13   people to pick up more ice methamphetamine from

14   Mr. Vazquez.  Thankfully, that ice never made it back

15   because it was allegedly pitched out the window before

16   these people returned.  Finally, the defendant and

17   Ms. Weidenbacher go back to Dallas one last time and, of

18   course, they receive about 36 ounces of ice

19   methamphetamine or just under a kilo.  They're stopped

20   when they return to Dubuque County.

21       I want to point out something from the PSR in

22   regards to these transports of ice methamphetamine; Your

23   Honor has already noted it.  The source of supply for

24   this methamphetamine appears to be a very dangerous

25   person.  Mr. Vazquez had Ms. Weidenbacher send him a

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 11 of 27

picture of her driver's license before he accepted her as
part of the conspiracy.  She also had to throw a brick
through Mr. Vazquez's exgirlfriend's car window to prove
her legitimacy.  This is from Paragraph 13 in the PSR.
Ms. Weidenbacher was surprised that Mr. Vazquez already
knew details about her grandchildren's names, her
parents' names, her daughter, et cetera.  The point being
the defendant was dealing with an extremely dangerous
source of drugs, and apparently possibly jeopardizing
other people's safety through his desire to get ice
methamphetamine from Mr. Vazquez.

Also, Mr. Vazquez was supplying at least part of
this ice methamphetamine by sending up semi trucks from
Mexico into the United States with ice methamphetamine.
That's Paragraph 12 of the PSR.

As far as the defendant's history and
characteristics, his criminal history shows -- Your
Honor, I realize this is dated but in Paragraph 54,
defendant got a completely suspended sentence even though
he stole over $100,000 from his grandma, who he was
living with at the time.  Again, I realize that's a
little over 10 years old.  Defendant has two OWI
convictions, one in 2010, one in 2015.  Both times his
breath alcohol concentration was extremely high, well
above the legal limit.  Defendant got slaps on the wrist

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:18-cr-01006-LRR-MAR   Document 119   Filed 10/22/18   Page 12 of 27

1    for that, just minimal jail time.  And defendant's

2    forgery and most recent burglary charges, again, received

3    apparently time-served sentences, suspended sentences on

4    those.

5         That all said, this is not the most egregious case

6    or conspiracy I've seen.  It's not the highest quantity

7    of methamphetamine I've seen.  It's not the worst

8    criminal history.  I think somewhere in the lower end of

9    the guidelines would be appropriate, at Your Honor's

10   wisdom and discretion.  Thank you.

11              THE COURT:  Mr. Bishop.

12              MR. BISHOP:  Thank you, Your Honor.  We're

13   asking the Court to sentence Mr. Heim at the bottom of

14   the range, 170 months.  This is a drug weight that's

15   close to the bottom of the 36 level.  Mr. Heim doesn't

16   have much of any history with respect to drugs.  His

17   methamphetamine use began at the age of 30, and,

18   unfortunately, he sort of dove right into the process of

19   selling it, but it's something that I think he quickly

20   realized he was in over his head.  He started to owe very

21   quickly large sums of money to his source in Dallas,

22   Texas, was being threatened by that individual.  That's

23   part of the reason codefendant Crosby was coming to

24   Dubuque, was to ensure that, hey, the money is coming

25   back here, and that's something that I think Mr. Heim, as

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 13 of 27

1    I say, realized *I'm in over my head with this individual.*

2    I think he was hoping to get out of the conspiracy.

3    Obviously, that did not take place and instead he wound

4    up here.  But in any event, these are poor choices that

5    he's going to suffer the consequences for.

6        He has a decent work history.  He's made money in

7    the past through legitimate means and, to me, that always

8    tells me that that's an individual that, once he

9    completes his prison sentence, will be able to get back

10   into being a productive member of society.

11       He has a young child.  He's got the support of his

12   father, his girlfriend, so he has ties and supports, I

13   guess, in the community that will also help him to

14   succeed once he gets out.

15       He's still a fairly young man, and certainly he'll

16   serve more than 10 years in this case, so he'll be well

17   on his way to middle age when he gets out and, as I say,

18   will hopefully be able to restart fairly quickly and

19   fairly productively once he does.

20       So, Your Honor, we would ask the Court for the low

21   end of the range and the bottom end of the range would be

22   preferable obviously, so we're asking the Court to impose

23   a sentence of 170 months.

24            THE COURT:  Mr. Heim, this is the time in the

25   proceeding when you have a chance to speak.  You don't

Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 14 of 27

```
 1   have to say anything unless you want to.

 2              THE DEFENDANT:  No, Your Honor.

 3              THE COURT:  All right.  Then the Court is ready

 4   to make its findings.  In arriving at a disposition, I

 5   have carefully considered each and every factor under 18

 6   USC 3553(a).  The Court won't talk about each and every

 7   factor necessarily, but rest assured, each has been very

 8   carefully considered.

 9        The basic nature and circumstances of the offense

10   are really not in dispute.  As mentioned and as discussed

11   with Mr. Bishop, there are some details that were

12   objected to in the offense conduct that really don't have

13   any bearing on where the Court will sentence today, so

14   there's no need for me to rule on those particular

15   objections.

16        Mr. Heim is 31, single, with one dependent child.

17   In terms of his physical and mental condition, he does

18   have some back issues, and I agree, probably from wear

19   and tear from physical labor that he's performed.

20        In terms of his substance abuse, he definitely has

21   an alcohol problem.  He's got two operating while

22   intoxicated in the fairly recent past.  The problem with

23   OWIs is the risk that it poses to the community.  When

24   drunk drivers are out there, they kill and injure

25   innocent people and law enforcement officers who have a
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 15 of 27

 1   sworn duty to protect the public from drunk drivers.  I'm

 2   very cognizant of that, and Mr. Heim needs to know he'll

 3   have a no-alcohol condition as part of his supervised

 4   release.  And if he's out on the road drinking and

 5   driving and again jeopardizing the safety of the public,

 6   there's a very high probability that he'll be returned to

 7   prison.  He needs to know that so he can work on his

 8   issues, not only alcohol, of course, but methamphetamine.

 9   Methamphetamine intoxication also causes death and injury

10   on the roads.

11        He does have employment, but it's been sort of up

12   and down, at least if you go by the reports of the Social

13   Security Administration at Paragraph 85.  He had some

14   really high earning years and some that weren't great.

15   He definitely does have the skills to support himself and

16   to earn a good wage, and he'll be required to have

17   full-time, lawful employment on supervised release,

18   unless he can establish a physical or mental disability.

19        In terms of his criminal history, we've talked about

20   that.  What we haven't talked about is his history of

21   noncompliance while subject to correctional supervision.

22   While I think he does have the ability to change, the

23   fact of the matter is, that he committed this offense

24   while he was still under a criminal justice sentence in

25   several Dubuque County cases, and received 2 points extra

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 16 of 27

```
1   on his criminal history because of that.  I think he is
2   at high risk to recidivate based on his performance thus
3   far.  I hope that I'm wrong about that and that he has no
4   further issues when he's released from imprisonment.
5       The sentence I'm going to impose today will reflect
6   the seriousness of the offense and promote respect for
7   the law and be a just punishment.  It will afford
8   adequate deterrence to criminal conduct and protect the
9   public from further crimes of the defendant, as well as
10  providing the defendant with needed education, vocational
11  training, medical care, or other correctional treatment
12  in the most effective manner.
13      I did consider Factor 6, the need to avoid
14  unwarranted sentence disparities among defendants with
15  similar records found guilty of similar conduct, and I've
16  made my record on that and denied a variance for the
17  reasons indicated.
18      The Court finds the sentence that is sufficient but
19  not greater than necessary to achieve the goals of
20  sentencing is a sentence of 170 months, which is the
21  bottom of the new guideline range, after we calculated
22  that new range under the 5K1.1 departure.  So it is the
23  judgment of the Court that Kevin John Heim is hereby
24  committed to the custody of the Bureau of Prisons to be
25  imprisoned for 170 months.
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 17 of 27

 1      I recommend that he be designated to a Bureau of
 2 Prisons' facility in close proximity to his family,
 3 commensurate with his security and custody classification
 4 needs.  I recommend that he participate in the Bureau of
 5 Prisons' 500-hour Comprehensive Residential Drug Abuse
 6 Treatment Program or an alternate substance abuse
 7 treatment program.
 8      Upon release from imprisonment, he'll be on
 9 supervised release for 5 years.  While on supervised
10 release, he must comply with the following mandatory
11 conditions:  He must not commit any federal, state, or
12 local crimes; he must not unlawfully possess a controlled
13 substance; he must refrain from any unlawful use of a
14 controlled substance; and cooperate in the collection of
15 a DNA sample.
16      I order that he comply with the standard conditions
17 of supervision set out in the judgment order.  He must
18 comply with all of the special conditions set forth in
19 the special conditions of supervision section, Paragraphs
20 97 through 100 of the presentence investigation report,
21 and those paragraphs are incorporated by this reference.
22      Mr. Heim, two words of unsolicited advice.
23 Remember, you're a convicted felon; therefore, under
24 federal and state law, it's against the law for you to
25 possess for any reason a firearm or ammunition.  This

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 18 of 27

```
 1   prohibition continues for the rest of your life.  It's
 2   not your practice to have anything to do with firearms.
 3   I'm not inferring that.  I'm just advising you of one of
 4   the limitations once you become a felon.
 5        I'm also advising you that if you are convicted of a
 6   subsequent felony drug offense in either state or federal
 7   court, and sentenced in a United States District Court
 8   for a felony drug offense, you could be subject to
 9   increased penalties, up to and including a mandatory
10   minimum term of life imprisonment.  So that is one
11   incentive to have nothing further to do with drug
12   dealing.
13        I order that you pay to the United States a special
14   assessment of $100.  That's due and payable immediately.
15   I find you do not have the ability to pay a fine or make
16   community restitution.
17        You are remanded to the custody of the United States
18   Marshal.
19        Count 2 is still out there.
20             MR. INMAN:  Your Honor, the United States moves
21   to dismiss Count 2.
22             THE COURT:  Count 2 is dismissed on motion of
23   the United States.
24        Mr. Heim, I'm now going to talk to you about your
25   rights to appeal.  If you disagree with this judgment and
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR   Document 119   Filed 10/22/18   Page 19 of 27

```
 1   commitment, you can appeal.  Your appeal would go to the
 2   Eighth Circuit Court of Appeals.  Here's how you appeal.
 3   You have to file a written notice of appeal with the
 4   Clerk of Court here in the United States District Court
 5   for the Northern District of Iowa at Cedar Rapids, Iowa.
 6   If you do not file a written notice of appeal within the
 7   next 14 days, you forever give up your right to challenge
 8   this judgment and sentence.  If you would like to appeal
 9   and you cannot afford the services of an attorney, the
10   Court will appoint an attorney to represent you on
11   appeal.
12        Mr. Inman, anything else on this case?
13             MR. INMAN:  No, Your Honor.  Thank you.
14             THE COURT:  Mr. Bishop?
15             MR. BISHOP:  No, Your Honor.
16             THE COURT:  Mr. Heim, have you understood
17   everything I talked about?
18             THE DEFENDANT:  Yes.
19             THE COURT:  And, Officer Schumaker, have I made
20   any errors that you are aware of?
21             PROBATION OFFICER:  Not that I am aware of,
22   Your Honor.
23             THE COURT:  All right.  This concludes the
24   hearing.  Thank you.
25             (Proceedings concluded at 2:34 p.m.)
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR  Document 119  Filed 10/22/18  Page 20 of 27

```
 1                    C E R T I F I C A T E

 2          I, Patrice A. Murray, a Certified Shorthand
    Reporter of the State of Iowa, do hereby certify that at
 3  the time and place heretofore indicated, a hearing was
    held before the Honorable Linda R. Reade; that I reported
 4  in shorthand the proceedings of said hearing, reduced the
    same to print to the best of my ability by means of
 5  computer-assisted transcription under my direction and
    supervision, and that the foregoing transcript is a true
 6  record of all proceedings had on the taking of said
    hearing at the above time and place.
 7
           I further certify that I am not related to or
 8  employed by any of the parties to this action, and
    further, that I am not a relative or employee of any
 9  attorney or counsel employed by the parties hereto or
    financially interested in the action.
10
        IN WITNESS WHEREOF, I have set my hand this 22nd day
11  of October, 2018.

12
                  /s/ Patrice A. Murray
13                Patrice A. Murray, CSR, RPR, RMR, FCRR
                  United States District Court, NDIA
14                111 Seventh Avenue S.E., Box 4
                  Cedar Rapids, Iowa 52401-2101
15

16

17

18

19

20

21

22

23

24

25
```

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*
Case 2:18-cr-01006-LRR-MAR Document 119 Filed 10/22/18 Page 21 of 27

## $

**$10** [2] - 2:23, 6:1
**$100** [3] - 2:24, 6:1, 19:14
**$100,000** [1] - 12:20

## /

**/s** [1] - 21:12

## 1

**1** [4] - 1:10, 2:13, 4:24, 5:18
**1.5** [1] - 5:10
**1.74** [1] - 5:8
**10** [3] - 2:19, 12:22, 14:16
**10/10/18** [1] - 1:21
**10/22/18** [1] - 1:21
**100** [2] - 6:6, 18:20
**10th** [1] - 1:17
**111** [4] - 1:10, 1:17, 1:24, 21:14
**1123** [1] - 9:17
**12** [1] - 12:15
**13** [1] - 12:4
**14** [1] - 20:7
**168** [1] - 7:2
**170** [4] - 13:14, 14:23, 17:20, 17:25
**18** [2] - 9:17, 15:5
**18-CR-1006** [2] - 1:5, 2:2
**1:54** [1] - 1:18

## 2

**2** [6] - 4:25, 5:15, 16:25, 19:19, 19:21, 19:22
**20** [1] - 11:9
**2010** [1] - 12:23
**2015** [1] - 12:23
**2016** [1] - 3:11
**2017** [1] - 10:3
**2018** [4] - 1:17, 2:12, 9:18, 21:11
**210** [1] - 7:2
**22** [1] - 6:4
**222** [1] - 1:12
**22nd** [1] - 21:10
**262** [1] - 5:23
**27** [1] - 5:7
**286-2338** [1] - 1:25
**299** [1] - 1:12
**2:34** [1] - 20:25

## 3

**3** [2] - 4:25, 5:11
**30** [1] - 13:17

## 31

**31** [1] - 15:16
**319** [1] - 1:25
**32** [1] - 7:2
**327** [1] - 5:24
**3553(a** [2] - 7:20, 8:10
**3553(a)** [2] - 9:17, 15:6
**36** [4] - 5:7, 5:22, 11:18, 13:15
**39** [1] - 5:15

## 4

**4** [3] - 1:24, 4:25, 21:14
**4.5** [1] - 5:10
**40,000** [1] - 6:1

## 5

**5** [4] - 2:21, 5:13, 5:24, 18:9
**500** [1] - 2:14
**500-hour** [1] - 18:5
**52401** [2] - 1:10, 1:12
**52401-2101** [2] - 1:24, 21:14
**54** [1] - 12:18
**5K** [2] - 10:14, 10:16
**5K1.1** [1] - 17:22

## 6

**6** [1] - 17:13
**6th** [1] - 3:11

## 7

**7** [1] - 2:12
**781** [1] - 10:2
**783** [1] - 10:2
**79** [1] - 3:10

## 8

**80** [1] - 9:4
**85** [1] - 16:13
**857** [1] - 10:2
**893** [1] - 9:17

## 9

**9** [1] - 5:7
**90-plus** [1] - 9:3
**97** [2] - 6:5, 18:20

## A

**ability** [3] - 16:22, 19:15, 21:4
**able** [2] - 14:9, 14:18
**abundance** [1] - 6:3
**Abuse** [1] - 18:5
**abuse** [2] - 15:20, 18:6
**acceptance** [1] - 5:15
**accepted** [1] - 12:1
**accepts** [1] - 5:5
**accountable** [1] - 5:8
**achieve** [3] - 8:4, 8:12, 17:19
**act** [1] - 8:22
**action** [2] - 21:8, 21:9
**activity** [1] - 5:13
**actual** [1] - 7:8
**add** [1] - 9:14
**added** [1] - 5:11
**additional** [3] - 5:18, 5:19, 11:2
**adequate** [2] - 9:19, 17:8
**adjusted** [1] - 5:14
**Administration** [1] - 16:13
**admits** [1] - 5:12
**adopted** [1] - 6:16
**advice** [1] - 18:22
**advising** [2] - 19:3, 19:5
**advisory** [6] - 3:23, 4:21, 5:6, 8:2, 8:7, 8:15
**affect** [1] - 5:2
**afford** [2] - 17:7, 20:9
**afternoon** [2] - 2:7, 7:4
**afterwards** [1] - 11:12
**age** [2] - 13:17, 14:17
**agree** [1] - 15:18
**ahead** [1] - 7:23
**alcohol** [4] - 12:24, 15:21, 16:3, 16:8
**allegedly** [1] - 11:15
**alone** [1] - 7:20
**alternate** [1] - 18:6
**amendment** [1] - 8:21
**AMERICA** [1] - 1:3
**America** [1] - 2:3
**ammunition** [1] - 18:25
**apologize** [1] - 10:17
**appeal** [8] - 19:25, 20:1, 20:2, 20:3, 20:6, 20:8, 20:11
**Appeals** [1] - 20:2
**appearances** [1] - 2:6
**APPEARANCES** [1] - 1:9
**appeared** [2] - 1:11, 1:12
**apply** [1] - 9:12
**applying** [1] - 8:10
**appoint** [1] - 20:10
**appropriate** [5] - 7:20, 10:8, 10:12, 10:21, 13:9
**appropriately** [1] - 3:25
**approved** [1] - 8:20
**argue** [1] - 7:21
**argued** [1] - 9:18
**argument** [2] - 6:15, 10:3, 10:5
**arguments** [1] - 7:10
**Armstrong** [1] - 1:12
**arrive** [1] - 8:3
**arriving** [1] - 15:4
**assessment** [2] - 2:24, 19:14
**assessments** [1] - 6:2
**assisted** [1] - 21:5
**assume** [1] - 6:7
**assured** [1] - 15:7
**ATTORNEY** [1] - 1:10
**attorney** [5] - 1:12, 2:25, 20:9, 20:10, 21:9
**Attorney's** [1] - 1:10
**attorneys** [1] - 3:12
**August** [1] - 3:11
**available** [1] - 5:25
**Avenue** [5] - 1:10, 1:12, 1:17, 1:24, 21:14
**avoid** [2] - 9:23, 17:13
**aware** [3] - 8:1, 20:20, 20:21

## B

**balance** [1] - 10:25
**base** [1] - 5:7
**based** [6] - 6:23, 7:20, 7:25, 8:6, 8:17, 17:2
**basic** [1] - 15:9
**basis** [3] - 6:17, 8:23, 9:12
**bearing** [1] - 15:13
**become** [2] - 8:22, 19:4
**BEFORE** [1] - 1:16
**began** [1] - 13:17
**begin** [1] - 10:10
**behalf** [5] - 1:11, 1:13, 2:8, 2:9, 3:12
**below** [1] - 8:15
**best** [1] - 21:4
**better** [1] - 9:4
**between** [1] - 6:17
**beyond** [1] - 4:14
**bind** [1] - 7:16
**bishop** [7] - 4:2, 6:3, 6:12, 10:4, 13:11, 15:11, 20:14
**Bishop** [1] - 2:9
**BISHOP** [10] - 1:12, 2:9, 4:4, 4:7, 4:23, 5:3, 6:9, 6:13, 13:12, 20:15
**Bishop's** [1] - 3:13
**Bolinger** [1] - 9:17
**bottom** [5] - 11:6, 13:13, 13:15, 14:21, 17:21
**Box** [3] - 1:10, 1:24, 21:14
**breath** [1] - 12:24
**brick** [1] - 12:2
**brief** [2] - 6:15, 11:5
**briefly** [1] - 6:25
**brought** [1] - 10:15
**Bureau** [3] - 17:24, 18:1, 18:4
**burglary** [1] - 13:2

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR Document 119 Filed 10/22/18 Page 22 of 27

## C

**calculated** [1] - 17:21
**calculation** [3] - 4:18, 6:24, 6:25
**cannot** [1] - 20:9
**car** [1] - 12:3
**care** [1] - 17:11
**carefully** [2] - 15:5, 15:8
**carry** [1] - 8:8
**case** [10] - 3:17, 4:17, 8:5, 8:20, 9:15, 9:17, 10:1, 13:5, 14:16, 20:12
**cases** [2] - 6:20, 16:25
**category** [1] - 5:23
**causes** [1] - 16:9
**caution** [1] - 6:3
**Cedar** [6] - 1:10, 1:12, 1:18, 1:24, 20:5, 21:14
**Center** [1] - 1:12
**certain** [1] - 6:19
**certainly** [1] - 14:15
**Certified** [2] - 1:19, 21:2
**certify** [2] - 21:2, 21:7
**cetera** [1] - 12:7
**challenge** [1] - 20:7
**chance** [1] - 14:25
**change** [1] - 16:22
**changes** [1] - 8:22
**characteristics** [1] - 12:17
**charges** [1] - 13:2
**charging** [1] - 2:13
**child** [2] - 14:11, 15:16
**choices** [1] - 14:4
**Circuit** [4] - 9:18, 9:21, 10:2, 20:2
**circumstances** [1] - 15:9
**classification** [1] - 18:3
**Clerk** [1] - 20:4
**CLERK** [1] - 2:2
**clients** [1] - 3:12
**close** [3] - 9:10, 13:15, 18:2
**closer** [1] - 9:7
**cocaine** [2] - 6:20
**codefendant** [2] - 11:11, 13:23
**cognizant** [1] - 16:2
**collection** [1] - 18:14
**coming** [2] - 13:23, 13:24
**commencing** [1] - 1:18
**commensurate** [1] - 18:3
**commit** [1] - 18:11
**commitment** [1] - 20:1
**committed** [2] - 16:23, 17:24
**community** [3] - 14:13, 15:23, 19:16
**complete** [1] - 11:5
**Completed** [1] - 1:21
**completely** [1] - 12:19
**completes** [1] - 14:9

**comply** [3] - 18:10, 18:16, 18:18
**Comprehensive** [1] - 18:5
**computation** [1] - 5:6
**computer** [1] - 21:5
**computer-assisted** [1] - 21:5
**concentration** [1] - 12:24
**concerned** [1] - 4:21
**concerning** [1] - 3:17
**concerns** [1] - 4:10
**concluded** [2] - 9:21, 20:25
**concludes** [1] - 20:23
**condition** [2] - 15:17, 16:3
**conditions** [6] - 6:4, 6:8, 18:11, 18:16, 18:18, 18:19
**conduct** [4] - 5:1, 15:12, 17:8, 17:15
**Congress** [3] - 8:20, 8:21, 8:22
**consequences** [1] - 14:5
**consider** [5] - 7:3, 9:16, 9:22, 10:3, 17:13
**considered** [3] - 9:4, 15:5, 15:8
**conspiracy** [4] - 2:14, 12:2, 13:6, 14:2
**containing** [1] - 2:15
**continues** [1] - 19:1
**controlled** [2] - 18:12, 18:14
**convicted** [2] - 18:23, 19:5
**convictions** [1] - 12:23
**convinced** [1] - 8:2
**convinces** [1] - 8:14
**cooperate** [1] - 18:14
**copy** [1] - 4:8
**correct** [1] - 5:2
**correctional** [2] - 16:21, 17:11
**correctly** [1] - 4:21
**couched** [1] - 10:4
**counsel** [1] - 21:9
**Counsel** [1] - 2:6
**Count** [2] - 2:13, 19:19, 19:21, 19:22
**County** [3] - 4:9, 11:20, 16:25
**course** [2] - 11:18, 16:8
**COURT** [27] - 1:1, 2:11, 2:17, 3:3, 3:7, 3:9, 3:22, 4:2, 4:5, 4:20, 4:24, 5:5, 5:21, 6:10, 7:5, 7:23, 10:13, 10:19, 10:24, 13:11, 14:24, 15:3, 19:22, 20:14, 20:16, 20:19, 20:23
**Court** [26] - 1:23, 3:9, 4:19, 5:1, 5:5, 6:18, 6:22, 7:3, 7:16, 7:25, 8:2, 10:22, 13:13, 14:20, 14:22, 15:3, 15:6, 15:13, 17:18, 17:23, 19:7, 20:2, 20:4, 20:10, 21:13
**court** [10] - 2:1, 2:12, 3:4,

3:16, 9:19, 9:22, 9:25, 10:23, 10:24, 19:7
**courts** [1] - 9:25
**crack** [1] - 6:20
**crimes** [2] - 17:9, 18:12
**criminal** [8] - 5:13, 5:22, 12:17, 13:8, 16:19, 16:24, 17:1, 17:8
**Criminal** [1] - 2:2
**Crosby** [1] - 13:23
**CSR** [2] - 1:23, 21:13
**custody** [3] - 17:24, 18:3, 19:17
**cut** [1] - 9:11

## D

**Dallas** [3] - 11:7, 11:17, 13:21
**dangerous** [2] - 11:24, 12:8
**Daren** [1] - 2:5
**data** [1] - 8:18
**date** [1] - 2:12
**dated** [1] - 12:18
**daughter** [1] - 12:7
**days** [1] - 20:7
**dealers** [1] - 9:9
**dealing** [2] - 12:8, 19:12
**death** [1] - 16:9
**decent** [1] - 14:6
**decide** [1] - 5:1
**decided** [1] - 10:5
**decisions** [1] - 7:15
**Defendant** [2] - 1:7, 1:13
**defendant** [13] - 2:9, 5:12, 7:18, 9:18, 11:7, 11:9, 11:16, 12:8, 12:19, 12:22, 12:25, 17:9, 17:10
**DEFENDANT** [6] - 2:16, 3:2, 3:6, 3:8, 3:8, 15:2, 20:18
**defendant's** [2] - 12:16, 13:1
**defendants** [2] - 9:24, 17:14
**definitely** [2] - 15:20, 16:15
**denied** [1] - 17:16
**departure** [2] - 10:16, 17:22
**departures** [1] - 10:20
**dependent** [1] - 15:16
**designated** [1] - 18:1
**desire** [1] - 12:10
**details** [2] - 12:6, 15:11
**determination** [2] - 7:18, 10:11
**determined** [1] - 10:13
**deterrence** [1] - 17:8
**difference** [1] - 6:21
**differentiating** [1] - 6:17
**direction** [1] - 21:5
**disability** [1] - 16:18
**disagree** [1] - 19:25
**disagreement** [2] - 7:25, 8:7
**discretion** [1] - 13:10

**discuss** [1] - 4:12
**discussed** [1] - 15:10
**discussion** [1] - 10:22
**dismiss** [1] - 19:21
**dismissed** [1] - 19:22
**disparities** [2] - 9:23, 17:14
**disparity** [1] - 9:16
**disposition** [3] - 10:7, 11:3, 15:4
**dispute** [1] - 15:10
**distribute** [1] - 9:8
**distributing** [1] - 9:8
**DISTRICT** [2] - 1:1, 1:1
**district** [5] - 7:11, 7:15, 9:19, 9:22, 9:24
**District** [5] - 1:23, 19:7, 20:4, 20:5, 21:13
**districts** [1] - 9:20
**DNA** [1] - 18:15
**Document** [1] - 3:10
**done** [1] - 6:19
**dove** [1] - 13:18
**down** [1] - 16:12
**downward** [3] - 3:14, 7:25, 8:1
**DREW** [1] - 1:10
**Drew** [1] - 2:7
**drinking** [1] - 16:4
**driver's** [1] - 12:1
**drivers** [2] - 15:24, 16:1
**driving** [1] - 16:5
**Drug** [1] - 18:5
**drug** [6] - 3:15, 9:5, 13:14, 19:6, 19:8, 19:11
**drugs** [3] - 9:8, 12:9, 13:16
**drunk** [2] - 15:24, 16:1
**Dubuque** [3] - 11:20, 13:24, 16:25
**due** [1] - 19:14
**during** [1] - 8:21
**duty** [1] - 16:1

## E

**earn** [1] - 16:16
**earning** [1] - 16:14
**education** [1] - 17:10
**effective** [1] - 17:12
**egregious** [1] - 13:5
**Eighth** [4] - 9:18, 9:21, 10:2, 20:2
**either** [1] - 19:6
**eligible** [1] - 2:22
**eliminate** [1] - 6:21
**empirical** [1] - 8:17
**employed** [2] - 21:8, 21:9
**employee** [1] - 21:8
**employment** [2] - 16:11, 16:17
**end** [5] - 5:11, 9:9, 13:8, 14:21

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR   Document 119   Filed 10/22/18   Page 23 of 27

enforcement [1] - 15:25
ensure [1] - 13:24
errors [1] - 20:20
essentially [3] - 6:15, 6:21, 6:23
establish [1] - 16:18
et [1] - 12:7
event [1] - 14:4
except [1] - 8:9
exclusively [1] - 9:9
exgirlfriend's [1] - 12:3
extensive [1] - 5:14
extent [1] - 6:20
extra [1] - 16:25
extremely [2] - 12:8, 12:24

**F**

F.3d [2] - 9:17, 10:2
facility [1] - 18:2
fact [1] - 16:23
factor [3] - 9:16, 15:5, 15:7
Factor [1] - 17:13
factors [2] - 7:20, 8:10
facts [1] - 11:6
failed [1] - 9:19
fairly [5] - 6:15, 14:15, 14:18, 14:19, 15:22
family [1] - 18:2
far [3] - 4:20, 12:16, 17:3
fashion [1] - 8:8
father [1] - 14:12
Fayette [1] - 4:9
FCRR [2] - 1:23, 21:13
federal [3] - 18:11, 18:24, 19:6
felon [2] - 18:23, 19:4
felony [2] - 19:6, 19:8
few [3] - 4:10, 4:11, 9:1
file [2] - 20:3, 20:6
filed [3] - 3:10, 3:11, 6:6
finally [1] - 11:16
financially [1] - 21:9
find [2] - 8:23, 19:15
findings [1] - 15:4
finds [1] - 17:18
fine [3] - 2:23, 6:1, 19:15
firearm [1] - 18:25
firearms [1] - 19:2
first [2] - 9:1, 11:9
follow [2] - 8:13, 10:5
followed [1] - 5:24
following [4] - 2:1, 10:11, 10:23, 18:10
FOR [1] - 1:1
foregoing [1] - 21:5
forever [1] - 20:7
forgery [1] - 13:2
forth [1] - 18:18
forward [1] - 7:10

frenzy [1] - 11:11
full [1] - 16:17
full-time [1] - 16:17

**G**

get [5] - 2:12, 8:16, 12:10, 14:2, 14:9
gets [2] - 14:14, 14:17
girlfriend [1] - 14:12
give [2] - 9:19, 20:7
gives [1] - 5:14
goals [3] - 8:5, 8:12, 17:19
government's [1] - 5:17
grams [2] - 2:14, 5:8
grandchildren's [1] - 12:6
grandma [1] - 12:20
grant [1] - 6:22
granted [1] - 5:21
great [1] - 16:14
greater [4] - 8:4, 8:12, 8:16, 17:19
guess [1] - 14:13
guideline [10] - 3:23, 4:18, 5:23, 7:2, 7:22, 8:2, 8:18, 10:12, 10:14, 17:21
guidelines [12] - 3:15, 4:21, 4:22, 5:6, 7:9, 7:19, 8:7, 8:13, 8:15, 8:20, 10:20, 13:9
guilty [4] - 2:13, 3:5, 3:7, 7:15

**H**

habit [1] - 9:9
hand [1] - 21:10
Harry [1] - 7:10
head [2] - 13:20, 14:1
hear [2] - 6:10, 11:1
HEARING [1] - 1:15
hearing [6] - 2:4, 11:1, 20:24, 21:3, 21:4, 21:6
HEIM [1] - 1:6
Heim [22] - 2:3, 2:10, 2:11, 3:18, 4:2, 4:8, 5:7, 6:7, 6:23, 7:4, 7:19, 9:7, 13:13, 13:15, 13:25, 14:24, 15:16, 16:2, 17:23, 18:22, 19:24, 20:16
HELD [1] - 1:16
held [6] - 2:1, 4:9, 5:8, 10:22, 10:23, 21:3
help [1] - 14:13
hereby [1] - 17:23, 21:2
hereto [1] - 21:9
heretofore [1] - 21:3
high [5] - 9:2, 12:24, 16:6, 16:14, 17:2
higher [1] - 9:6
highest [1] - 13:6
himself [1] - 16:15

history [9] - 5:22, 12:16, 12:17, 13:8, 13:16, 14:6, 16:19, 16:20, 17:1
HON [1] - 1:16
Honor [25] - 2:7, 3:21, 4:1, 4:4, 4:7, 4:23, 5:4, 5:20, 6:13, 7:6, 7:7, 7:14, 7:17, 10:9, 10:17, 11:4, 11:23, 12:18, 13:12, 14:20, 15:2, 19:20, 20:13, 20:15, 20:22
Honor's [1] - 13:9
Honorable [1] - 21:3
hope [1] - 17:3
hopefully [1] - 14:18
hoping [1] - 14:2

**I**

ice [15] - 5:8, 5:10, 6:17, 6:24, 7:8, 8:24, 9:3, 11:9, 11:13, 11:14, 11:18, 11:22, 12:10, 12:13, 12:14
immediately [2] - 11:12, 19:14
impact [1] - 4:17
impose [2] - 14:22, 17:5
imposed [1] - 9:20
imprisoned [1] - 17:25
imprisonment [5] - 2:20, 5:23, 17:4, 18:8, 19:10
IN [2] - 1:1, 21:10
incentive [1] - 19:11
inclination [1] - 7:7
inclined [1] - 7:17
included [1] - 3:13
including [2] - 10:20, 19:9
incorporated [1] - 18:21
increased [1] - 19:9
independent [1] - 3:17
indicated [2] - 17:17, 21:3
indictment [1] - 2:13
individual [3] - 13:22, 14:1, 14:8
inferring [1] - 19:3
information [1] - 3:17
injure [1] - 15:24
injury [1] - 16:9
Inman [6] - 2:8, 3:19, 5:17, 10:7, 11:1, 20:12
INMAN [11] - 1:10, 2:7, 3:21, 3:25, 5:19, 7:6, 10:9, 10:17, 11:4, 19:20, 20:13
innocent [1] - 15:25
input [1] - 7:11
instead [1] - 14:3
interested [1] - 21:9
international [1] - 9:5
intoxicated [1] - 15:22
intoxication [1] - 16:9
investigation [6] - 3:10, 3:20, 4:3, 4:14, 6:5, 18:20

involved [1] - 5:13
IOWA [1] - 1:1
Iowa [8] - 1:10, 1:12, 1:18, 1:24, 20:5, 21:2, 21:14
issues [3] - 15:18, 16:8, 17:4
itself [2] - 6:14, 7:22
IV [1] - 5:23

**J**

Jail [1] - 4:9
jail [1] - 13:1
jeopardizing [2] - 12:9, 16:5
JOHN [1] - 1:12
John [3] - 2:3, 2:9, 17:23
Jose [1] - 11:10
judge [1] - 8:6
Judge [2] - 6:9, 6:16
judges [3] - 7:11, 7:14, 9:20
judgment [5] - 8:9, 17:23, 18:17, 19:25, 20:8
justice [1] - 16:24
justification [1] - 7:8

**K**

Kevin [3] - 2:3, 2:10, 17:23
KEVIN [1] - 1:6
kill [1] - 15:24
kilo [1] - 11:19
kilograms [2] - 5:10

**L**

labor [1] - 15:19
labs [1] - 9:1
large [1] - 13:21
last [1] - 11:17
law [11] - 8:5, 8:17, 8:19, 8:22, 9:13, 9:15, 10:5, 15:25, 17:7, 18:24
lawful [1] - 16:17
least [5] - 2:18, 2:21, 5:9, 12:12, 16:12
left [1] - 5:22
legal [1] - 12:25
legitimacy [1] - 12:4
legitimate [1] - 14:7
less [1] - 5:10
level [8] - 3:15, 5:7, 5:15, 5:18, 5:19, 5:22, 7:1, 13:15
levels [2] - 5:11, 5:15
license [1] - 12:1
life [4] - 2:19, 2:21, 19:1, 19:10
limit [1] - 12:25
limitations [1] - 19:4
limited [1] - 6:17
Linda [1] - 21:3

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR Document 119 Filed 10/22/18 Page 24 of 27

**LINDA** [1] - 1:16
**line** [1] - 11:6
**living** [1] - 12:21
**local** [1] - 18:12
**looking** [1] - 8:11
**low** [3] - 5:11, 9:9, 14:20
**low-end** [1] - 9:9
**lower** [1] - 13:8

## M

**machine** [1] - 1:20
**made** [9] - 4:11, 6:14, 7:15, 10:4, 11:7, 11:14, 14:6, 17:16, 20:19
**make** [8] - 4:5, 4:16, 4:17, 6:25, 10:11, 11:2, 15:4, 19:15
**makes** [1] - 11:9
**man** [1] - 14:15
**manager** [1] - 5:12
**mandatory** [3] - 5:25, 18:10, 19:9
**manner** [1] - 17:12
**Marshal** [1] - 19:18
**Matter** [1] - 2:2
**matter** [1] - 16:23
**matters** [1] - 8:23
**means** [2] - 14:7, 21:4
**medical** [1] - 17:11
**meeting** [1] - 4:14
**member** [1] - 14:10
**memo** [2] - 3:13, 7:13
**memos** [1] - 3:11
**mental** [2] - 15:17, 16:18
**mentioned** [1] - 15:10
**merely** [1] - 9:8
**meth** [1] - 6:23
**methamphetamine** [20] - 2:15, 5:9, 6:18, 6:24, 7:9, 8:24, 8:25, 9:3, 11:13, 11:19, 11:22, 11:24, 12:11, 12:13, 12:14, 13:7, 13:17, 16:8, 16:9
**Mexico** [1] - 12:14
**middle** [1] - 14:17
**million** [2] - 2:23, 6:1
**minimal** [1] - 13:1
**minimum** [2] - 6:1, 19:10
**mix** [2] - 6:18, 6:23
**mixture** [2] - 2:15, 8:24
**money** [3] - 13:21, 13:24, 14:6
**months** [7] - 5:23, 5:24, 7:2, 13:14, 14:23, 17:20, 17:25
**most** [5] - 8:17, 9:4, 13:2, 13:5, 17:12
**motion** [8] - 3:13, 6:11, 6:14, 6:25, 7:24, 10:10, 10:14, 19:22
**move** [2] - 5:19, 10:21
**moves** [1] - 19:20
**MR** [19] - 2:7, 2:9, 3:21, 3:25,
4:4, 4:7, 4:23, 5:3, 5:19, 6:9, 6:13, 7:6, 10:9, 10:17, 11:4, 13:12, 19:20, 20:13, 20:15
**Murray** [5] - 1:19, 1:23, 21:2, 21:12, 21:13
**must** [7] - 2:20, 8:3, 18:10, 18:11, 18:12, 18:13, 18:17

## N

**names** [2] - 12:6, 12:7
**nature** [1] - 15:9
**Nawanna** [1] - 7:10
**NDIA** [1] - 21:13
**necessarily** [1] - 15:7
**necessary** [3] - 8:4, 8:12, 17:19
**need** [5] - 5:1, 7:16, 9:22, 15:14, 17:13
**needed** [1] - 17:10
**needs** [3] - 16:2, 16:7, 18:4
**never** [2] - 8:7, 11:14
**new** [3] - 7:2, 17:21, 17:22
**next** [1] - 20:7
**no-alcohol** [1] - 16:3
**noncompliance** [1] - 16:21
**NORTHERN** [1] - 1:1
**Northern** [1] - 20:5
**note** [2] - 4:19, 10:10
**noted** [1] - 11:23
**nothing** [1] - 19:11
**notice** [2] - 20:3, 20:6

## O

**object** [1] - 6:7
**objected** [1] - 15:12
**Objection** [4] - 4:24, 4:25
**objections** [6] - 3:23, 4:11, 4:16, 4:17, 6:6, 15:15
**obviously** [3] - 7:16, 14:3, 14:22
**October** [1] - 21:11
**OF** [2] - 1:1, 1:3
**offense** [12] - 2:17, 5:1, 5:7, 5:14, 5:22, 7:1, 15:9, 15:12, 16:23, 17:6, 19:6, 19:8
**offenses** [1] - 9:21
**Office** [2] - 1:10, 2:4
**office** [1] - 7:12
**Officer** [1] - 20:19
**OFFICER** [1] - 20:21
**officers** [1] - 15:25
**official** [1] - 3:16
**old** [1] - 12:22
**OLIVER** [1] - 1:10
**once** [4] - 14:8, 14:14, 14:19, 19:4
**one** [9] - 9:15, 9:24, 11:8, 11:17, 12:23, 15:16, 19:3,
19:10
**open** [3] - 2:1, 10:23, 10:24
**operating** [1] - 15:21
**opinion** [3] - 8:6, 8:23, 9:12
**opinions** [1] - 8:8
**opportunity** [1] - 3:19
**order** [4] - 8:3, 18:16, 18:17, 19:13
**Ordered** [1] - 1:21
**otherwise** [1] - 5:14
**ounces** [2] - 11:9, 11:18
**owe** [1] - 13:20
**OWI** [1] - 12:22
**OWIs** [1] - 15:23
**own** [2] - 8:6, 9:8

## P

**p.m** [2] - 1:18, 20:25
**Page** [2] - 5:6, 6:4
**Paragraph** [5] - 5:7, 12:4, 12:15, 12:18, 16:13
**paragraphs** [1] - 18:21
**Paragraphs** [2] - 6:5, 18:19
**parents'** [1] - 12:7
**part** [4] - 12:2, 12:12, 13:23, 16:3
**participants** [1] - 5:13
**participate** [1] - 18:4
**particular** [1] - 15:14
**parties** [3] - 6:11, 21:8, 21:9
**passed** [1] - 8:19
**past** [2] - 14:7, 15:22
**Patrice** [5] - 1:19, 1:23, 21:2, 21:12, 21:13
**pay** [3] - 2:24, 19:13, 19:15
**payable** [1] - 19:14
**penalties** [2] - 3:1, 19:9
**penalty** [1] - 2:17
**people** [4] - 9:7, 11:13, 11:16, 15:25
**people's** [1] - 12:10
**percent** [1] - 9:4
**performance** [1] - 17:2
**performed** [1] - 11:15
**person** [3] - 4:10, 4:15, 11:25
**personal** [3] - 8:6, 8:8, 8:23
**persuasive** [1] - 8:14
**phone** [1] - 4:12
**physical** [3] - 15:17, 15:19, 16:18
**pick** [1] - 11:13
**picture** [1] - 12:1
**pitched** [1] - 11:15
**place** [4] - 6:12, 14:3, 21:3, 21:6
**Plaintiff** [1] - 1:4
**plea** [2] - 3:5, 3:7
**pleading** [1] - 2:13
**point** [4] - 9:25, 11:6, 11:21,
12:7
**points** [1] - 16:25
**policy** [3] - 7:15, 7:18, 7:25
**poor** [1] - 14:4
**poses** [1] - 15:23
**position** [1] - 5:17
**possess** [2] - 18:12, 18:25
**possibly** [1] - 12:9
**potential** [1] - 9:5
**powder** [1] - 6:20
**power** [1] - 8:1
**practice** [1] - 19:2
**practices** [1] - 9:24
**preferable** [1] - 14:22
**prepared** [1] - 7:21
**presentence** [6] - 3:10, 3:20, 4:3, 4:13, 6:5, 18:20
**print** [1] - 21:4
**prison** [3] - 2:18, 14:9, 16:7
**Prisons** [1] - 17:24
**Prisons'** [2] - 18:2, 18:5
**probability** [1] - 16:6
**probation** [1] - 5:25
**Probation** [1] - 2:4
**PROBATION** [1] - 20:21
**probationary** [1] - 2:22
**problem** [2] - 15:21, 15:22
**proceeding** [1] - 14:25
**proceedings** [3] - 2:1, 21:4, 21:6
**Proceedings** [1] - 20:25
**process** [2] - 8:21, 13:18
**produce** [1] - 9:2
**productive** [1] - 14:10
**productively** [1] - 14:19
**Program** [1] - 18:6
**program** [1] - 18:7
**prohibition** [1] - 19:1
**promote** [1] - 17:6
**protect** [2] - 16:1, 17:8
**prove** [1] - 12:3
**provided** [1] - 4:7
**provides** [1] - 8:5
**providing** [1] - 17:10
**provisions** [1] - 8:19
**proximity** [1] - 18:2
**PSR** [4] - 11:5, 11:21, 12:4, 12:15
**public** [3] - 16:1, 16:5, 17:9
**punishment** [1] - 17:7
**pure** [1] - 9:4
**purity** [4] - 3:15, 9:2, 9:6, 9:10
**purpose** [1] - 3:4
**put** [2] - 7:7, 7:10

## Q

**quantity** [1] - 13:6
**quickly** [3] - 13:19, 13:21,

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR   Document 119   Filed 10/22/18   Page 25 of 27

14:18
  **quoting** [1] - 10:1

## R

  **range** [13] - 5:9, 5:11, 5:23, 7:2, 7:19, 7:22, 8:2, 9:3, 13:14, 14:21, 17:21, 17:22
  **ranges** [1] - 8:18
  **Rapids** [6] - 1:10, 1:12, 1:18, 1:24, 20:5, 21:14
  **rather** [2] - 4:15, 6:24
  **rational** [1] - 7:8
  **rationally** [1] - 9:1
  **read** [1] - 3:9
  **READE** [1] - 1:16
  **Reade** [1] - 21:3
  **ready** [3] - 6:10, 11:1, 15:3
  **realize** [2] - 12:18, 12:21
  **realized** [2] - 13:20, 14:1
  **really** [4] - 6:16, 15:10, 15:12, 16:14
  **reason** [3] - 8:14, 13:23, 18:25
  **reasons** [1] - 17:17
  **receive** [1] - 11:18
  **received** [4] - 3:9, 3:11, 13:2, 16:25
  **recent** [2] - 13:2, 15:22
  **recidivate** [1] - 17:2
  **recommend** [2] - 18:1, 18:4
  **record** [6] - 4:5, 10:3, 10:25, 11:2, 17:16, 21:6
  **records** [2] - 3:16, 17:15
  **reduced** [1] - 21:4
  **reference** [2] - 9:25, 18:21
  **reflect** [1] - 17:5
  **refrain** [1] - 18:13
  **regard** [2] - 5:18, 7:24
  **regards** [1] - 11:22
  **related** [1] - 21:8
  **relative** [1] - 21:8
  **release** [7] - 2:20, 5:24, 16:4, 16:17, 18:8, 18:9, 18:10
  **released** [1] - 17:4
  **remaining** [1] - 3:22
  **remanded** [1] - 19:17
  **remember** [2] - 2:25, 18:23
  **report** [8] - 3:10, 3:20, 4:3, 4:8, 4:14, 4:18, 6:5, 18:20
  **reported** [2] - 1:19, 21:3
  **Reporter** [2] - 1:20, 21:2
  **reports** [1] - 16:12
  **represent** [1] - 20:10
  **represented** [1] - 2:5
  **requesting** [1] - 6:22
  **required** [1] - 16:16
  **resale** [1] - 9:11
  **Residential** [1] - 18:5
  **respect** [3] - 4:13, 13:16, 17:6

  **respective** [1] - 3:12
  **response** [2] - 7:5, 7:9
  **responsibility** [1] - 5:16
  **rest** [4] - 2:19, 2:21, 15:7, 19:1
  **restart** [1] - 14:18
  **restitution** [1] - 19:16
  **result** [1] - 7:1
  **return** [1] - 11:20
  **returned** [2] - 11:16, 16:6
  **returns** [1] - 11:11
  **review** [1] - 3:19
  **rights** [1] - 19:25
  **risk** [2] - 15:23, 17:2
  **RMR** [1] - 1:23, 21:13
  **road** [1] - 16:4
  **roads** [1] - 16:10
  **Roberto** [1] - 11:10
  **RPR** [2] - 1:23, 21:13
  **rule** [1] - 15:14

## S

  **S.E** [5] - 1:10, 1:12, 1:18, 1:24, 21:14
  **safety** [2] - 12:10, 16:5
  **sample** [1] - 18:15
  **Schumaker** [2] - 2:5, 20:19
  **scored** [2] - 3:25, 4:21
  **scoring** [2] - 3:14, 3:23
  **seal** [2] - 10:11, 10:25
  **sealed** [1] - 10:22
  **section** [1] - 18:19
  **Security** [1] - 16:13
  **security** [1] - 18:3
  **selling** [1] - 13:19
  **sells** [1] - 11:11
  **semi** [1] - 12:13
  **send** [1] - 11:25
  **sending** [1] - 12:13
  **sends** [1] - 11:12
  **sentence** [20] - 2:22, 3:24, 5:2, 6:23, 8:3, 8:11, 8:16, 9:20, 10:8, 12:19, 13:13, 14:9, 14:23, 15:13, 16:24, 17:5, 17:14, 17:18, 17:20, 20:8
  **sentenced** [3] - 3:4, 8:8, 19:7
  **sentences** [1] - 13:3
  **sentencing** [14] - 2:4, 3:11, 3:13, 4:18, 7:4, 7:13, 8:5, 8:9, 8:10, 8:13, 8:17, 9:23, 9:24, 17:20
  **SENTENCING** [1] - 1:15
  **September** [1] - 1:17
  **seriousness** [1] - 17:6
  **serve** [1] - 14:16
  **served** [1] - 13:3
  **services** [1] - 20:9
  **set** [3] - 18:17, 18:18, 21:10
  **Seventh** [4] - 1:10, 1:17, 1:24, 21:14

  **several** [2] - 4:12, 16:25
  **short** [2] - 9:11, 11:8
  **Shorthand** [2] - 1:19, 21:2
  **shorthand** [1] - 1:20, 21:4
  **show** [1] - 10:3
  **shows** [1] - 12:17
  **similar** [3] - 9:21, 17:15
  **similarly** [1] - 9:23
  **simply** [1] - 7:12
  **single** [1] - 15:16
  **situated** [1] - 9:23
  **sixth** [1] - 9:16
  **skills** [1] - 16:15
  **slaps** [1] - 12:25
  **Social** [1] - 16:12
  **society** [1] - 14:10
  **Soliz** [1] - 10:2
  **SOLIZ** [1] - 10:2
  **somewhere** [1] - 13:8
  **sort** [4] - 6:14, 6:19, 13:18, 16:11
  **source** [5] - 9:7, 11:10, 11:23, 12:9, 13:21
  **span** [1] - 11:8
  **speaks** [1] - 6:14
  **special** [7] - 2:24, 6:2, 6:4, 6:7, 18:18, 18:19, 19:13
  **specifically** [1] - 7:19
  **stand** [1] - 7:12
  **standard** [1] - 18:16
  **start** [1] - 6:12
  **started** [1] - 13:20
  **State** [1] - 21:2
  **state** [4] - 2:6, 18:11, 18:24, 19:6
  **STATES** [2] - 1:1, 1:3
  **States** [17] - 1:11, 1:23, 2:3, 2:4, 2:8, 7:13, 9:2, 10:1, 10:10, 12:14, 19:7, 19:13, 19:17, 19:20, 19:23, 20:4, 21:13
  **statute** [1] - 2:18
  **statutory** [2] - 3:1, 8:18
  **still** [4] - 3:7, 14:15, 16:24, 19:19
  **stole** [1] - 12:20
  **stopped** [1] - 11:19
  **story** [1] - 9:11
  **Strand** [1] - 6:16
  **subject** [2] - 16:21, 19:8
  **subsequent** [1] - 19:6
  **substance** [6] - 2:15, 8:25, 15:20, 18:6, 18:13, 18:14
  **subtracted** [1] - 5:15
  **succeed** [1] - 14:14
  **suffer** [1] - 14:5
  **sufficient** [4] - 8:4, 8:11, 8:16, 17:18
  **Suite** [1] - 1:12
  **sums** [1] - 13:21
  **supervised** [6] - 2:20, 5:24,

16:3, 16:17, 18:9
  **supervision** [5] - 6:4, 16:21, 18:17, 18:19, 21:5
  **supervisor** [1] - 5:12
  **supply** [2] - 11:10, 11:23
  **supplying** [1] - 12:12
  **support** [3] - 9:8, 14:11, 16:15
  **supports** [1] - 14:12
  **surprised** [1] - 12:5
  **suspended** [2] - 12:19, 13:3
  **sworn** [1] - 16:1

## T

  **table** [1] - 3:15
  **talk** [3] - 9:14, 15:6, 19:24
  **talked** [4] - 10:15, 16:19, 16:20, 20:17
  **talking** [2] - 2:25, 9:5
  **tear** [1] - 15:19
  **tell** [1] - 7:16
  **tells** [1] - 14:8
  **term** [3] - 2:18, 2:20, 19:10
  **terms** [4] - 10:7, 15:17, 15:20, 16:19
  **testimony** [1] - 7:7
  **Texas** [2] - 11:7, 13:22
  **thankfully** [1] - 11:14
  **THE** [36] - 1:1, 1:1, 1:16, 2:2, 2:11, 2:16, 2:17, 3:2, 3:3, 3:6, 3:7, 3:8, 3:9, 3:22, 4:2, 4:5, 4:20, 4:24, 5:5, 5:21, 6:10, 7:5, 7:23, 10:13, 10:19, 10:24, 13:11, 14:24, 15:2, 15:3, 19:22, 20:14, 20:16, 20:18, 20:19, 20:23
  **therefore** [1] - 18:23
  **Third** [1] - 1:12
  **thoroughly** [1] - 4:15
  **threatened** [1] - 13:22
  **three** [1] - 11:7
  **throw** [1] - 12:2
  **ties** [1] - 14:12
  **time-served** [1] - 13:3
  **today** [3] - 3:4, 15:13, 17:5
  **top** [1] - 9:10
  **total** [2] - 5:22, 7:1
  **trade** [1] - 9:6
  **training** [1] - 17:11
  **transcript** [1] - 21:5
  **Transcript** [2] - 1:21, 1:21
  **transcription** [1] - 21:5
  **transports** [1] - 11:22
  **traveled** [1] - 4:9
  **treatment** [2] - 17:11, 18:7
  **Treatment** [1] - 18:6
  **trip** [1] - 11:9
  **trips** [1] - 11:7
  **trucks** [1] - 12:13
  **true** [1] - 21:5

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR   Document 119   Filed 10/22/18   Page 26 of 27

**try** [1] - 11:4
**two** [4] - 11:12, 12:22, 15:21, 18:22

## U

**U.S** [1] - 1:10
**under** [11] - 2:18, 4:22, 10:11, 10:16, 10:25, 11:19, 15:5, 16:24, 17:22, 18:23, 21:5
**understood** [1] - 20:16
**unfortunately** [1] - 13:18
**UNITED** [2] - 1:1, 1:3
**United** [17] - 1:11, 1:23, 2:3, 2:4, 2:8, 7:13, 9:2, 10:1, 10:10, 12:14, 19:7, 19:13, 19:17, 19:20, 19:23, 20:4, 21:13
**unlawful** [1] - 18:13
**unlawfully** [1] - 18:12
**unless** [3] - 8:13, 15:1, 16:18
**unsolicited** [1] - 18:22
**unwarranted** [1] - 17:14
**up** [7] - 4:16, 11:13, 12:13, 14:4, 16:11, 19:9, 20:7
**USC** [2] - 9:17, 15:6
**use** [2] - 13:17, 18:13
**using** [1] - 1:20

## V

**variance** [8] - 3:14, 6:11, 6:22, 8:24, 10:4, 10:5, 10:15, 17:16
**variances** [1] - 10:21
**vary** [4] - 7:25, 8:1, 8:6, 9:12
**Vazquez** [6] - 11:10, 11:14, 11:25, 12:5, 12:11, 12:12
**Vazquez's** [1] - 12:3
**versus** [2] - 2:3, 10:1
**vocational** [1] - 17:10
**VS** [1] - 1:5

## W

**wage** [1] - 16:16
**want** [5] - 9:15, 11:2, 11:5, 11:21, 15:1
**wanted** [1] - 4:13
**wear** [1] - 15:18
**weidenbacher** [1] - 11:12
**Weidenbacher** [3] - 11:17, 11:25, 12:5
**weight** [3] - 8:9, 9:19, 13:14
**WHEREOF** [1] - 21:10
**window** [2] - 11:15, 12:3
**wisdom** [1] - 13:10
**WITNESS** [1] - 21:10
**words** [1] - 18:22

**work** [2] - 14:6, 16:7
**worst** [1] - 13:7
**wound** [1] - 14:3
**wrist** [1] - 12:25
**written** [2] - 20:3, 20:6

## Y

**yearly** [1] - 8:21
**years** [7] - 2:19, 2:21, 5:24, 12:22, 14:16, 16:14, 18:9
**young** [2] - 14:11, 14:15

*Contact Patrice Murray at 319-286-2338 or patrice_murray@iand.uscourts.gov*
*to purchase a complete copy of the transcript.*

Case 2:18-cr-01006-LRR-MAR Document 119 Filed 10/22/18 Page 27 of 27