TO: CLERK, USCA  DATE: 12/13/2018

FROM: U.S.D.C. FOR THE NORTHERN DISTRICT OF IOWA

Jill Hawkins

APPEAL NO: 18-2987

DISTRICT COURT NO: 18-CR-1006-LRR

CASE NAME: USA v. Kevin John Heim

TRANSMITTED HEREWITH:

✓ TRANSCRIPTS:

Sentencing 09/10/2018
Sealed Excerpt of Sentencing

DRAFT PSIR – 3 COPIES

FINAL PSIR – 3 COPIES

SEALED DOCUMENTS:

OTHER:

COMMENTS:

This file has been reprinted for appeal purposes only. Please do not return to the District Court upon completion.